IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORNA JACKSON, | : |
| Plaintiff, | : 1:09-cv-00534-DLI-RML |
| v. | : |
| NAVILLUS TILE, INC. d/b/a NAVILLUS CONTRACTING, | : |
| Defendant. | : |

## **NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION**

Plaintiff Lorna Jackson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action.

Date: March 25, 2009

/s/ Peter Winebrake
Peter Winebrake, Esq.
S.D.N.Y. Bar I.D. PW0426
THE WINEBRAKE LAW FIRM, LLC
Twining Office Center, Suite 114
715 Twining Road
Dresher, PA 19025
Phone: (215) 884-2491